Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Michael C. Bleicher, Bar No. 313892
MBleicher@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200
Facsimile: +1.202.654.6211

Attorneys for Defendant META PLATFORMS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA V. PORTER, an individual on her own behalf and on behalf of her minor children, L.P. and A.P.; JOE BERRY POWELL, JR., an individual; and CLIFTON POWELL, on behalf of his minor child, O.P., <br><br> Plaintiffs, <br><br> v. <br><br> META PLATFORMS, INC., a Delaware Corporation, <br><br> Defendant. | Misc. Case No. 5:24-mc-80081-SvK <br><br> [Underlying Action: United States District Court for the Eastern District of California, Case No. 2:21-cv-01473-KJM-JDP] <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES RELATING TO MOTION TO COMPEL** <br><br> **[Civil Local Rules 6-2 and 7-12]** <br><br> Courtroom: 6 — 4th Floor <br> Judge: Hon. Susan van Keulen |

-1-

MISC. CASE NO. 5:24-MC-80081 SVK
JOINT STIPULATION AND [PROPOSED] ORDER
EXTENDING DEADLINES RELATING TO MOTION TO COMPEL

Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated between and among the Plaintiffs Nakia V. Porter, on behalf of herself and her two daughters, L.P. and A.P., and Clifton Powell, on behalf of his daughter, O.P. (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by their respective counsel, as follows:

1. WHEREAS, on April 3, 2024, Plaintiffs filed a motion to compel Meta's compliance with a subpoena, Dkt. 1 ("Motion");

2. WHEREAS, on April 5, 2024, the Court issued an order imposing certain service requirements and setting a briefing schedule for the Motion, Dkt. 5 ("Scheduling Order");

3. WHEREAS, the Scheduling Order provides that Meta must file an opposition to the Motion by April 24, 2024, and Plaintiffs must file a reply in support of their Motion by May 1, 2024;

4. WHEREAS, counsel for Plaintiffs and counsel for Meta met and conferred regarding the Motion and Plaintiffs' subpoena to Meta on April 9, 2024, and have continued to correspond by email regarding the same;

5. WHEREAS, discussions between the Parties' counsel regarding the Motion and Plaintiffs' subpoena are ongoing and the Parties believe that additional time will be helpful in their efforts to resolve this matter amicably;

6. WHEREAS, the Parties have not previously agreed to any changes to the deadlines set forth in the Order, and this modification will have no impact on the case schedule, other than setting forth the new deadlines specified by the Stipulation;

**NOW THEREFORE**, good cause having been shown, the Parties stipulate as follows:

1. Meta shall have until May 8, 2024, to file an opposition to the Motion;

2. Plaintiffs shall have until May 17, 2024, to file a reply in support of the Motion; and

3. The Court will schedule a hearing if necessary.

Dated: April 22, 2024

**ALMADANI LAW**


By: */s/ Yasin M. Almadani*
    Yasin M. Almadani (Cal. Bar No. 242798)
    Ahmed Ibrahim (Cal. Bar No. 238739)
    Attorneys for Plaintiffs

**PERKINS COIE LLP**


By: */s/ Julie E. Schwartz*
    Julie E. Schwartz (Cal. Bar No. 260624)
    Michael C. Bleicher (Cal. Bar No. 313892)
    Attorneys for Defendant

## ATTESTATION

I, Julie E. Schwartz, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

Dated: April 22, 2024

By: */s/ Julie E. Schwartz*
Julie E. Schwartz (Cal. Bar No. 260624)
Michael C. Bleicher (Cal. Bar No. 313892)
    Attorneys for Defendant

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April ___, 2024

By: _____
The Honorable Susan van Keulen
United States Magistrate Judge