Julie E. Schwartz, Bar No. 260624
JSchwartz@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

Natasha Amlani, Bar No. 322979
NAmlani@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for Defendant META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAKIA V. PORTER, an individual on her own behalf and on behalf of her minor children, L.P. and A.P; JOE BERRY POWELL, JR., an individual; and CLIFTON POWELL, on behalf of his minor child, O.P.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC., a Delaware Corporation,<br><br>Defendant. | Misc. Case No. 5:24-mc-80081-SvK<br><br>[Underlying Action: United States District Court for the Eastern District of California, Case No. 2:21-cv-01473-KJM-JDP]<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FURTHER EXTENDING DEADLINES RELATING TO MOTION TO COMPEL AS MODIFED**<br><br>**[Civil Local Rules 6-2 and 7-12]**<br><br>Courtroom: 6 — 4th Floor<br>Judge: Hon. Susan van Keulen |

    Pursuant to Civil Local Rules 6-2 and 7-12, it is hereby stipulated between and among the Plaintiffs Nakia V. Porter, on behalf of herself and her two daughters, L.P. and A.P., and Clifton Powell, on behalf of his daughter, O.P. (collectively, "Plaintiffs") and Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties"), by their respective counsel, as follows:

-1-

MISC. CASE NO. 5:24-MC-80081 SVK
JOINT STIPULATION AND [PROPOSED] ORDER FURTHER
EXTENDING DEADLINES RELATING TO MOTION TO COMPEL

1. WHEREAS, on April 3, 2024, Plaintiffs filed a motion to compel Meta's compliance with a subpoena, Dkt. 1 ("Motion");

2. WHEREAS, on April 5, 2024, the Court issued an order imposing certain service requirements and setting a briefing schedule for the Motion, Dkt. 5 ("Scheduling Order");

3. WHEREAS, pursuant to Stipulation, which the Court approved on April 23, 2024, Meta was required to file an opposition to the Motion by May 8, 2024, and Plaintiffs were required to file a reply in support of their Motion by May 17, 2024, at Dkt. 11;

4. WHEREAS, pursuant to Stipulation, which the Court approved on May 7, 2024, Meta was required to file an opposition to the Motion by May 15, 2024, and Plaintiffs were required to file a reply in support of their Motion by May 28, 2024, at Dkt. 13;

5. WHEREAS, pursuant to Stipulation, which the Court approved on May 14, 2024, Meta was required to file an opposition to the Motion by May 28, 2024, and Plaintiffs were required to file a reply in support of their Motion by June 4, 2024, at Dkt. 15;

6. WHEREAS, pursuant to Stipulation, which the Court approved on May 28, 2024, Meta must file an opposition to the Motion by June 25, 2024, Plaintiffs must file a reply in support of their Motion by July 6, 2024, and the Parties must file a joint status report by July 2, 2024 and appear for a joint status conference on July 9, 2024, if the matter is not resolved by that time, at Dkt. 17;

7. WHEREAS, on June 24, 2024 the Court approved another stipulated extension of Meta's opposition deadline to July 5, 2024 and Plaintiffs reply deadline to July 15, 2024;

8. WHEREAS, counsel for Plaintiffs and counsel for Meta's efforts to meet and confer regarding the Motion and Plaintiffs' subpoena to Meta began on April 9, 2024, and are continuing;

9. WHEREAS, Meta made a production of responsive records for the Instagram account at issue (@highbrassleather) on July 2, 2024 and provided a certificate of absence of business records for the Facebook account at issue ("live_free_edc") on that same date;

-2-

MISC. CASE NO. 5:24-MC-80081-SVK
JOINT STIPULATION AND [PROPOSED] ORDER FURTHER
EXTENDING DEADLINES RELATING TO MOTION TO COMPEL

10. WHEREAS, on July 3, 2024, this Court vacated the July 9 status conference and ordered that Plaintiffs shall either withdraw their motion to compel or file a supplemental brief by July 18, 2024, and if Plaintiffs file a supplemental brief, then Defendant shall file a supplemental opposition by July 25, 2024;

11. WHEREAS, on July 5, 2024, the Court approved another stipulated extension of Meta's opposition deadline to July 12, 2024;

12. WHEREAS on July 12, 2024, Meta provided an amended certificate of absence of business records for the Facebook account at issue ("live_free_edc");

13. WHEREAS, on July 1, July 10 and July 12, 2024, the Parties met and conferred about Meta's certificate of absence of business records and Meta's production of responsive records.

14. WHEREAS, discussions between the Parties' counsel regarding Meta's certificate of absence of business records and Meta's production of responsive records are ongoing and have been productive, but the Parties require additional time to meet and confer to determine whether there are any disputes that require the Court's involvement;

15. WHEREAS, the Parties anticipate that this will be the last extension required to resolve this matter;

16. WHEREAS, the Parties agree that Meta's time to file an opposition to the Motion shall be extended to July 26, 2024, Plaintiffs will either withdraw their motion to compel or file a supplemental brief by August 2, 2024, and Meta shall file a supplemental opposition by August 9, 2024, this modification will have no impact on the case schedule, other than setting forth the new deadlines specified by the Stipulation;

**NOW THEREFORE**, good cause having been shown, the Parties stipulate as follows:

1. Meta shall have until July 26, 2024, to file an opposition to the Motion;
2. Plaintiffs will either withdraw their motion to compel or file a supplemental brief by August 2, 2024;
3. Meta shall file a supplemental opposition by August 9, 2024;

4. The Court will schedule a hearing if necessary.

Dated: July 12, 2024

**ALMADANI LAW**

By: */s/ Ahmed Ibrahim*
Yasin M. Almadani (Cal. Bar No. 242798)
Ahmed Ibrahim (Cal. Bar No. 238739)
Attorneys for Plaintiffs

**PERKINS COIE LLP**

By: */s/ Julie E. Schwartz*
Julie E. Schwartz (Cal. Bar No. 260624)
Natasha Amlani (Cal. Bar No. 322979)
Attorneys for Defendant

-4-

MISC. CASE NO. 5:24-MC-80081-SVK
JOINT STIPULATION AND [PROPOSED] ORDER FURTHER
EXTENDING DEADLINES RELATING TO MOTION TO COMPEL

**ATTESTATION**

I, Julie E. Schwartz, hereby attest, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory.

Dated: July 12, 2024

By: */s/ Julie E. Schwartz*
Julie E. Schwartz (Cal. Bar No. 260624)
Natasha Amlani (Cal. Bar No. 322979)
Attorneys for Defendant

1  **[PROPOSED]** ORDER **AS MODIFIED**

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** If Plaintiffs do not file a

3  supplemental brief by the August 2 deadline, the Court will terminate the motion. In lieu of the

4  supplemental briefing deadlines, Plaintiffs need not file a reply following Meta's submission of

   an opposition. This is the <u>final extension</u> that the Court will grant.
5

6

7  Dated: July 15, 2024                            By: _____Susan van Keulen_____
                                                         The Honorable Susan van Keulen
8                                                        United States Magistrate Judge